# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD SCHNEIDER, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-09-1169-M ) |
| JUSTIN JONES, | ) ) |
| Respondent. | ) |

## ORDER

On March 11, 2011, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for habeas corpus under § 2241 be denied. Petitioner was advised of his right to object to the Report and Recommendation by April 7, 2011. On April 6, 2011, petitioner filed his objection, objecting to the Report and Recommendation in its entirety.

Upon de novo review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on March 11, 2011, and

(2) DENIES the petition for writ of habeas corpus.

**IT IS SO ORDERED this 18th day of April, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE